# Exhibit A



**Attorneys at Law • A Professional Corporation**

Brett J. Kaminsky
Direct Dial: (215) 690-3821
BKaminsky@fsalaw.com

www.fsalaw.com

Main Office
275 Commerce Drive, Suite 210
Fort Washington, PA 19034
Phone: (215) 635-7200
Fax: (215) 635-7212

May 1, 2025

**VIA CERTIFIED MAIL R.R.R (9589 0710 5270 1562 2658 73) AND FIRST CLASS MAIL**

| | | |
|---|---|---|
| Aramark Corporation<br>2400 Market Street<br>Philadelphia, PA 19103 | Aramark SMMS, LLC<br>2400 Market Street<br>Philadelphia, PA 19103 | Aramark Facility Services, Inc.<br>2400 Market Street<br>Philadelphia, PA 19103 |
| Aramark<br>2400 Market Street<br>Philadelphia, PA 19103 | Aramark Enterprises<br>2400 Market Street<br>Philadelphia, PA 19103 | Aramark FHC, LLC<br>2400 Market Street<br>Philadelphia, PA 19103 |
| Aramark Management Services LP<br>2400 Market St<br>Philadelphia, PA 19103 | Aramark Facility Services<br>2400 Market Street<br>Philadelphia, PA 19103 | Aramark Global Group, LLC<br>2400 Market Street<br>Philadelphia, PA 19103 |
| Aramark Healthcare Support Services Inc.<br>2400 Market Street<br>Philadelphia, PA 19103 | Aramark Holdings Corporation<br>2400 Market Street<br>Philadelphia, PA 19103 | Aramark Global<br>2400 Market Street<br>Philadelphia, PA 19103 |
| Aramark Service Industries China CO., LTD<br>2400 Market Street<br>Philadelphia, PA 19103 | | |

Re:   **Beahmann v. Aramark Corporation, et al.**
       **Philadelphia County C.C.P. No.: 250401450**

Dear Sir/Madam:

This office represents Plaintiff in the above referenced matter.

Per our records, you were served with our Civil Action- Complaint on April 16, 2025. To date, no one has entered their appearance on your behalf.

As such, enclosed please find Plaintiff's Pre-Complaint Discovery Requests directed to all Defendants per PA. R.C.P. 4003.8.



Page 2

Please deliver this letter and the enclosed documents to your legal representative and respond within the time provisions of the Pennsylvania Rules of Civil Procedure.

Very truly yours,

*Brett K—*

Brett J. Kaminsky

BJK/ap
Enclosures

**FRIEDMAN SCHUMAN LAYSER, P.C.**
Brett J. Kaminsky (ID. No. 318369)
bkaminsky@fsalaw.com
Katherine Lekh (ID. No. 329272)
klekh@fsalaw.com
275 Commerce Drive, Suite 210
Fort Washington, PA 19034
215-635-7200

*Attorneys for Plaintiff*

| | |
|---|---|
| **STACY GRAFF BAEHMANN, as Administrator of the Estate of ZACHARY GRAFF, dec'd**<br><br>*Plaintiff,*<br><br>vs.<br><br>**ARAMARK CORPORATION, ARAMARK, ARAMARK MANAGEMENT SERVICES LP, ARAMARK SMMS LLC, ARAMARK ENTERPRISES, ARAMARK FACILITY SERVICES, ARAMARK FACILTY SERVICES, INC., ARAMARK FHC, LLC, ARAMARK GLOBAL GROUP, LLC, ARAMARK HEALTHCARE SUPPORT SERVICES INC., ARAMARK HOLDINGS CORPORATION, ARAMARK GLOBAL, and ARAMARK SERVICE INDUSTRIES CHINA CO., LTD**<br><br>*Defendants.* | **COURT OF COMMON PLEAS PHILADELPHIA COUNTY**<br><br>**NO.: 01450**<br><br>**APRIL 2025**<br><br>**JURY TRIAL DEMANDED** |

### PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS DIRECTED TO DEFENDANTS (SET I) PURSUANT TO PA. R.C.P. 4003.8

Pursuant to Rule 4003.8 of the Pennsylvania Rules of Civil Procedure, Plaintiff requests that Defendants produce for inspection and copying the documents and things described in this request within thirty (30) days at the offices of FRIEDMAN SCHUMAN LAYSER, P.C., 275 Commerce Drive, Suite 210, Fort Washington, PA 19034. The requests are continuing and any documents and things identified, obtained or otherwise coming into the custody, control and possession of Defendant(s), their agents, servants, employees, investigators, and attorneys subsequent to the service of your responses herein, which would have been included in your responses had the documents and things been known or available, is to be supplied by Supplemental Responses to these Document Requests.

## DEFINITIONS

Unless negated by the context of the Document Request, the following definitions are to be considered to be applicable to all Document Requests contained herein:

1. "Describe" and "specify" and/or "state" shall mean to set forth fully and unambiguously, using technical terms or works of art, if necessary, each and every fact relevant to the answer called for by the Document request which the answering party or its agents, employees or representatives have knowledge.

2. "Documents" is an all-inclusive term referring to any writing and/or recorded or graphic matter, however produced or reproduced. The term documents include, without limitation, any computer, electronic file, e-mail, correspondence, memoranda, interoffice communications, minutes, reports, notes, schedules, analysis, drawings, diagrams, tables, graphs, charts, maps, surveys, books of account, ledgers, invoices, purchase orders, pleadings, questionnaires, contracts, bills, checks, drafts, diaries, logs, proposals, print-outs, recordings, telegrams, films and all other such documents tangible or retrievable of any kind. Documents also include any preliminary notes and drafts of all the foregoing, in whatever form, for example: printed, typed, longhand, shorthand, on paper, paper tapes, tabulating cards, computer disc, electronic file, ribbon blueprints, magnetic tape, microfilm, film, motion picture film, phonograph records or other forms.

3. "Identify" when used with respect to a document, means to state (1) the type of document (e.g. letter, memorandum, hand-written note, facsimile, e-mail); (2) its date of origin or creation; (3) its author and addressee; (4) its last known custodian or locations; and (5) a brief description of its subject matter and size. In lieu of identifying any document(s), you may attach a copy of it to your answer, indicating the question to which it is responsive.

4. "Identify" when used with respect to an individual, means to state (1) their name; (2) present and/or last known employer, title and/or position; and (3) their present and/or last known residential and business address.

5. "You" or "your" shall mean to include the answering party, and each of the said party's representatives, and where appropriate, the directors, agents, officers and employees and all other persons acting for or on behalf of the answering party.

6. "Persons" and/or "individuals" shall mean any individual, partnership, firm, corporation, trust, governmental agency or other entities; and any individual representing such "person".

7. "Relate(s) to" means constitute(s), refer(s) to, references(s), reflects(s), concern(s), pertain(s) to or in any way logically or factually connect(s) with the matter described in the Interrogatory or the Request.

8. Whenever the expression "and/or" is used in these requests, the information called for should be set out both in the connective and disjunctive, and wherever the information is set forth in the disjunctive, it should be given separately for each and every element sought.

9. Whenever a date, amount or other computation or figure is requested, the exact date, amount or other computation or figure is to be given unless it is not known; and then the approximate date, amount or other computation or figure should be given or the best estimate thereof; and the answer shall state that the date, amount or other computation or figure is an estimate or approximation.

10. No answer is to be left blank. If the answer to a document request or subparagraph of a document request is "none" or "unknown", such statement must be written in the answer. If the question is inapplicable, "N/A" must be written in the answer. If the answer is omitted because of the claim privilege, the basis of the privilege is to be stated.

11. The period of time encompassed by these requests shall be from the date of the alleged incident to the date of answering, unless otherwise indicated. Note, this request is continuing up to and at the time of trial.

12. "Plaintiff" refers to Stacy Graff Baehmann, as Administrator of the Estate of Zachary Graff, dec'd.

13. "Decedent" refers to Zachary Graff.

## INSTRUCTIONS

In responding to these Requests, respondent shall follow the instructions set forth below:

1. The person to whom these requests are addressed shall answer the requests below under oath with thirty (30) days of service hereof, or such shorter time as the Court may order.

2. In answering these requests, each answering party shall furnish all information available at the time of answering.

3. If you do not answer a document request in whole or in part because of a claim of privilege, set forth the privilege claimed, identify the facts upon which you rely to support the claim of privilege, and identify all documents for which such privilege is claimed.

4. To the extent that they are not otherwise identified in the course of answering these requests, identify with respect to each Document request all documents which you rely upon in answering said requests.

5. When a natural person is required to be identified, state his name, business and/or residence address.

6. "Or" shall be construed either conjunctively or disjunctively to bring within the scope of these requests any information which might otherwise be construed outside their scope.

7. The singular includes the plural, and vice versa, the masculine includes the feminine and neuter genders. The past tense includes the present tense where the meaning is not distorted by a change of time.

8. When and if the responding party to these requests answers any document request with the phrase "see medical records" or like answer, then with respect to such medical records, identify the specific record, the type of document, its date and title, and its present location.

## REQUESTS

1. Please provide any/all investigative information regarding the death of Decedent.

2. Please provide the name, position and last known address(es) of the Aramark representatives that were sent by Defendants to meet with Plaintiff.

3. Please provide any/all videos and/or pictures of the incident leading to Decedent's death.

4. Please provide any and all hiring guidelines, policies and procedures regarding security personnel for Defendants.

5. Please provide any and all data and documents in your possession regarding Defendants' "inability to hire and retain key or sufficient qualified personnel" as set forth in its SEC 10K filings.

6. Please provide any and all notices to shareholders of Aramark regarding the death of the Decedent.

7. Provide any and all incident report(s) regarding the death of Decedent in your possession.

FRIEDMAN SCHUMAN LAYSER, P.C.

Dated: 5/1/2025           By: *Brett K_____*

Brett J. Kaminsky, Esquire
Katherine Lekh, Esquire
*Attorneys for Plaintiff*

| | |
|---|---|
| STACY GRAFF BAEHMANN, as Administrator of the Estate of ZACHARY GRAFF, dec'd<br><br>*Plaintiff,*<br>vs.<br><br>ARAMARK CORPORATION, ARAMARK, ARAMARK MANAGEMENT SERVICES LP, ARAMARK SMMS LLC, ARAMARK ENTERPRISES, ARAMARK FACILITY SERVICES, ARAMARK FACILTY SERVICES, INC., ARAMARK FHC, LLC, ARAMARK GLOBAL GROUP, LLC, ARAMARK HEALTHCARE SUPPORT SERVICES INC., ARAMARK HOLDINGS CORPORATION, ARAMARK GLOBAL, and ARAMARK SERVICE INDUSTRIES CHINA CO., LTD<br><br>*Defendants.* | COURT OF COMMON PLEAS PHILADELPHIA COUNTY<br><br>NO.: 01450<br><br>APRIL 2025<br><br>**JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE

I, Brett Kaminsky, Esquire, hereby certify that a true and correct copy of the foregoing Pre-Complaint Discovery was served via e- Certified Mail R.R.R. (9589 0710 5270 1562 2658 73) and Frist Class Mail upon the following:

**ARAMARK CORPORATION**
2400 Market Street
Philadelphia, PA 19103

**ARAMARK**
2400 Market Street
Philadelphia, PA 19103

**ARAMARK MANAGEMENT SERVICES LP**
2400 Market Street
Philadelphia, PA 19103

**ARAMARK SMMS LLC**
2400 Market Street
Philadelphia, PA 19103

**ARAMARK ENTERPRISES**
2400 Market Street
Philadelphia, PA 19103

**ARAMARK FACILITY SERVICES**
2400 Market Street
Philadelphia, PA 19103

**ARAMARK FACILTY SERVICES, INC.**
2400 Market Street
Philadelphia, PA 19103

**ARAMARK FHC, LLC**
2400 Market Street
Philadelphia, PA 19103

**ARAMARK GLOBAL GROUP, LLC**
2400 Market Street
Philadelphia, PA 19103

**ARAMARK HEALTHCARE SUPPORT SERVICES INC.**
2400 Market Street
Philadelphia, PA 19103

**ARAMARK HOLDINGS CORPORATION**
2400 Market Street
Philadelphia, PA 19103

**ARAMARK GLOBAL**
2400 Market Street
Philadelphia, PA 19103

**ARAMARK SERVICE INDUSTRIES CHINA CO., LTD**
2400 Market Street
Philadelphia, PA 19103

Dated: 5/1/2025

**FRIEDMAN SCHUMAN LAYSER, P.C.**

By: /s/ Brett K.

Brett J. Kaminsky, Esquire
Katherine Lekh, Esquire
*Attorneys for Plaintiff*